# Court of Appeals
# of the State of Georgia

ATLANTA,  May 02, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0050.  WALLOB HEBEL v. KATHERINE I. HERCZEG**

The Motion For Extension Of Time To File Application Of Discretionary Appeal filed by Wallob Hebel is hereby GRANTED.  Movant's application for discretionary appeal must be filed no later than June 6, 2017.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/02/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*